UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. WAY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 11-1182 (RJL) |
| v. | ) |
| | ) |
| ISAAC JOHNSON, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 26th day of September 2012, it is hereby

**ORDERED** that plaintiff's Motion for Appointment of Counsel Pursuant to 18 U.S.C. 3006A [Dkt. # 13] is DENIED; it is further

**ORDERED** that Defendants Warden Simon T. Wainwright and Warden Isaac Johnson's Motion for Additional Time to File a Response to the Complaint [Dkt. # 16] and Defendant's Motion for an Extension of Time to File a Response to Plaintiff's Complaint [Dkt. #28] are GRANTED nunc pro tunc; it is further

**ORDERED** that Warden Simon T. Wainwright's Motion to Dismiss or in the Alternative for Summary Judgment [Dkt. #19] is GRANTED; it is further

**ORDERED** that Defendant Isaac Johnson's Motion to Dismiss [Dkt. #21] or, in the Alternative, for Summary Judgment [Dkt. #22] is GRANTED; it is further

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #29] is GRANTED; and it is further

**ORDERED** that plaintiff's complaint is DISMISSED as to all defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge